Opinion issued August 16, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00744-CV

____________


IN RE GERALD BURKS, Relator






Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Gerald Burks, filed a petition for writ of mandamus and stay on July
16, 2002, requesting this Court to order respondent, the Honorable D. Camille Dunn,
assigned judge of the 122nd District Court of Galveston County, to disqualify herself
from presiding over cause number 02CV0659 pursuant to relator's objection under
section 74.053(b) of the Texas Government Code. 

 The petition for writ of mandamus is DENIED. All pending motions are
overruled.

PER CURIAM

Panel consists of Justices Taft, Nuchia, and Radack.

Do not publish. Tex. R. App. P. 47.